1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Juan Antonio Ramirez-Lozano

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, )  | Case No. 08MJ0533 |
| 12            Plaintiff, ) | |
| 13 v.  ) | **CERTIFICATE OF SERVICE** |
| 14 JUAN ANTONIO RAMIREZ-LOZANO, ) | |
| 15            Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                    U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov; and

                   Robert E. Schroth, Jr.
                robschrothesq@sbcglobal.net

                            Respectfully submitted,

DATED:    February 26, 2008        /s/ Carey D. Gorden
                                   **CAREY D. GORDEN**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Juan Antonio Ramirez-Lozano