UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 MAR -5 A 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. **08MJ0533-NLS** |
| Plaintiff | |
| vs. | ORDER |
| **Juan Antonio Ramirez-Lozano** | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/**Magistrate Judge**, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted)** / Case Disposed / Order of Court).

**Tomas Gomez-Mucino**

DATED: **03/05/08**

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk